## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF MISSISSIPPI
## OXFORD DIVISION

**ZACHARIAH SUTTON**                                                                                     **PLAINTIFF**

**v.**                                                           **No. 3:25CV85-JMV**

**JOHNNY MCDONALD**                                                         **DEFENDANT**

### ORDER OF DISMISSAL

The court takes up, *sua sponte*, the dismissal of this cause. On March 21, 2025, the court entered an order requiring the plaintiff to complete and return various forms – and to keep the court informed of his current address. The court cautioned the plaintiff that failure to comply with the order would result in the dismissal of this case without prejudice. Despite this warning, the court has twice received mail returned from the address the plaintiff provided to the court. The case cannot proceed in the absence of communication from the plaintiff. This case is therefore **DISMISSED** without prejudice for failure to prosecute and for failure to comply with an order of the court under Fed. R. Civ. P. 41(b).

**SO ORDERED**, this, the 11th day of March, 2026.

/s/   Jane M. Virden
UNITED STATES MAGISTRATE JUDGE